# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MICHAEL JARAB, | Case No. 3:26-cv-00102-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| SECOND JUDICIAL DISTRICT FOR THE COUNTY OF WASHOE, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to Petitioner Robert Michael Jarab's petition. (ECF No. 11.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' first motion to extend (ECF No. 11) is granted. Respondents have until May 15, 2026 to file their response.

DATED THIS 12th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE